

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2022

No. 04-22-00156-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8935
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On May 19, 2022, appellant filed a Motion for Emergency Relief Requesting a Stay of All Proceedings. Appellant's motion is **DENIED**. Appellant's brief in this appeal is due May 26, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court